FILED

11/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0417

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0417

---

IN RE THE EXPUNGEMENT
OF MISDEMEANOR RECORDS OF

WILLIAM JAMES HAMMERQUIST,

     Petitioner and Appellant.

---

**GRANT OF EXTENSION**

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 6, 2022, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 4 2022